REDWINE *et al. v.* FRIZZELL *et al.*

GRICE, Justice. After a general demurrer to a petition has been sustained and the cause dismissed by the superior court, and that judgment is affirmed by the Supreme Court, without direction or condition, the petition is not thereafter amendable. *Central R. Co.* v. *Paterson,* 87 *Ga.* 646 (13 S. E. 525) ; *City of Rome* v. *Sudduth,* 121 *Ga.* 420 (49 S. E. 300) ; *McRae* v. *Sears,* 183 *Ga.* 133 (187 S. E. 664). It makes no difference that the amendment is offered before the remittitur from the Supreme Court is made the judgment of the lower court. *Kehr* v. *Floyd,* 135 *Ga.* 424 (69 S. E. 550).

*Judgment affirmed. All the Justices concur.*

No. 11904. NOVEMBER 13, 1937. REHEARING DENIED DECEMBER 8, 1937.

*Norman I. Miller,* for plaintiffs.

*W. H. Armistead, J. V. Patrick,* and *W. O. Wilson,* for defendants.